UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KANDI L. SPOORS,

       Plaintiff,

File No. 1:10-CV-474

v.

HON. ROBERT HOLMES BELL

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
                                  /

**ORDER APPROVING AND ADOPTING
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On September 8, 2011, Magistrate Judge Joseph G. Scoville issued a Report and Recommendation ("R&R") recommending that the Court affirm the final decision of the Commissioner of Social Security denying Plaintiff Kandi Spoor's claim for disability insurance benefits and supplemental security income benefits. (Dkt. No. 14, R&R.) The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so has expired. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the September 8, 2011, R&R (Dkt. No. 14) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the final decision of the Commissioner of Social

Security denying Plaintiff's claim for disability insurance benefits and supplemental security income benefits is **AFFIRMED**.


Dated:  September 29, 2011                         /s/ Robert Holmes Bell
                                                   ROBERT HOLMES BELL
                                                   UNITED STATES DISTRICT JUDGE